## JAMES HENDERSON v. THE BOARD OF CANVASSERS OF MANISTEE COUNTY.

*Elections—Recount.*

This case is ruled by *Packard v. Board of Canvassers, ante,* 450.

*Mandamus.* Argued December 23, 1892. Denied December 24, 1892.

Relator, who was candidate for sheriff of Manistee county at the last general election, applied for *mandamus* to compel respondent to reassemble, and to count certain ballots for himself, and to reject others counted for his opponent.

*McAlvay & Grant, P. T. Glassmire,* and *E. E. Benedict,* for relator.

*A. J. Dovel, George L. Hilliker,* and *Morse, McGarry & McKnight,* for respondent.

PER CURIAM. The facts in this case are similar to

those in *Packard v. Board of Canvassers, ante,* 450, and the questions of law are identical.

This case will therefore be ruled by it, and the writ will be denied.